UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR3084 -DMS |
|---|---|
| v. | INFORMATION |
| LIANG ZHOU, | Title 18, U.S.C., Secs. 1960(a), 2 – Unlicensed Money Transmitting Business and Aiding and Abetting; and Title 18, U.S.C., Sec. 982(a)(1), Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| Defendant. | |

The United States Attorney charges:

From in or about 2018 and continuing through in or about November 2019, defendant LIANG ZHOU did knowingly conduct the operations of, control, manage, supervise, direct, and own a money transmitting business affecting interstate and foreign commerce, which failed to comply with the money transmitting business registration requirements under Title 31, United States Code, Section 5330, and the regulations prescribed thereunder, all in violation of Title 18, United States Code, Section 1960, Title 18, United States Code, Section 2.

Forfeiture Allegations

Upon conviction of the felony offense alleged in this Information and pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), defendant LIANG ZHOU shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, including but not limited to $446,330.00 U.S. dollars.

In the event any of the property described above, as a result of any act or omission of defendant LIANG ZHOU:

a. cannot be located upon exercise of due diligence;
b. has been transferred, sold, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeit substitute property up to the value of the aforementioned properties pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c).

DATED: October 7, 2020

ROBERT S. BREWER, JR.
United States Attorney

MARK W. PLETCHER
DANIEL C. SILVA
Assistant U.S. Attorneys

2