# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 20cr3084-DMS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| LIANG ZHOU | Booking No. |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 10/7/20
the Court entered the following order:

| | |
|---|---|
| ☒ | Defendant be release from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| | Defendant released on _____ Bond posted. |
| ☒ | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| | Other. |

KAREN S. CRAWFORD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by Erica Fry x. 2923

Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

# Erica Fry

**From:** CAS Releases
**Sent:** Wednesday, October 07, 2020 12:36 PM
**To:** Erica Fry
**Subject:** Read: Zhou and Nava Abstracts
**Attachments:** Read: Zhou and Nava Abstracts

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.